IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

MARGARET WHITE EAGLE-PAYNE,

        Plaintiff,

-vs-

HOWARD BEMER, et al.,

        Defendants.

CV-16-102-GF-BMM

**ORDER**

Plaintiff filed this action on September 12, 2016. On December 21, 2017, the Court entered an order stating that on or before **January 21, 2018**, Plaintiff shall file with the Court proof of service of summons and complaint on the Defendants or show cause why this cause should not be dismissed, without prejudice. To date, Plaintiff has failed to provide the Court with a return of service on the Defendants. Accordingly, Pursuant to Fed. R. Civ. P. 4(m) this case is **DISMISSED** without prejudice.

DATED this 22nd day of March, 2018.

_____
Brian Morris
United States District Court Judge